IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**JUL 1 8 2018**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § |
| | § |
| LISA MICHELE POWERS (01) | § |
| CHRISTOPHER LYNN COLEGROVE (02) | § |
| TERRANCE MICHAEL CULLINS (03) | § |
| DAVID EUGENE WALKER (04) | § |
| CHRISTOPHER DEAN HERRING (05) | § |
| REXFORD CHAD MORRIS, | § |
| aka "Hillbilly" (06), | § |
| ROBBY DALE BAKER (07), | § |
| SHAUNA DONELL THOMAS (08), | § |
| KYLE DWAYNE LAZA (09), | § |
| NASH ALLEN FULLER (10), and | § |
| STEPHANIE KAMILL STEVENSON (11) | § |

NO. 6:18-CR-59

BY
DEPUTY

JUDGE JRG/KNM

**SEALED**

2:18-mj-00763-NJK

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:   21 U.S.C. § 846 (Conspiracy
> to distribute and possess with intent to
> distribute methamphetamine)

Beginning in or about January 2018, the exact date being unknown to the United

States Grand Jury, and continuing thereafter until at least the date of the return of this

indictment, in the Eastern District of Texas and elsewhere, defendants, **Lisa Michele**

**Powers, Christopher Lynn Colegrove, Terrance Michael Cullins, David Eugene**

**Walker, Christopher Dean Herring, Rexford Chad Morris, aka "Hillbilly," Robby**

**Dale Baker, Shauna Donell Thomas, Kyle Dwayne Laza, Nash Allen Fuller,** and

**Stephanie Kamill Stevenson**, did knowingly and intentionally combine, conspire,

confederate, and agree with each other and with others, both known and unknown to the

United States Grand Jury, to violate a law of the United States of America, to wit, 21

U.S.C. § 841(a)(1), prohibiting the possession with intent to distribute and distribution of

500 grams or more of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance,

   In violation of 21 U.S.C. § 846.

### Counts Two - Seventeen

Violation: 21 U.S.C. § 841(a)(1)
(Possession with intent to distribute
methamphetamine)

   On or about the dates listed below, in the Eastern District of Texas, the defendants

listed below, aided and abetted by one another, knowingly and intentionally possessed

with intent to distribute and distributed a mixture and substance containing a detectable

amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance, in the quantity listed below:

| Count | Date | Defendant(s) | Quantity of Methamphetamine |
|-------|------|--------------|------------------------------|
| 2 | January 31, 2018 | **Christopher Dean Herring** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |

| 3 | February 16, 2018 | **Rexford Chad Morris, aka "Hillbilly"** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
|---|---|---|---|
| 4 | March 21, 2018 | **Robby Dale Baker** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 5 | April 4, 2018 | **Robby Dale Baker** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 6 | April 6, 2018 | **Nash Allen Fuller** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 7 | April 11, 2018 | **Shauna Donell Thomas** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 8 | April 16, 2018 | **Christopher Lynn Colegrove** | 50 grams or more of a mixture and substance containing a detectable quantity of methamphetamine |
| 9 | May 4, 2018 | **Rexford Chad Morris, aka "Hillbilly"** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 10 | May 6, 2018 | **Lisa Michele Powers** and **David Eugene Walker** | 50 grams or more of a mixture and substance containing a detectable quantity of methamphetamine |

| 11 | May 7, 2018 | **Kyle Dwayne Laza** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
|----|-------------|----------------------|--------------------------------------------------------------------------------------------------|
| 12 | May 9, 2018 | **Lisa Michele Powers** and **Christopher Lynn Colegrove** | 50 grams or more of a mixture and substance containing a detectable quantity of methamphetamine |
| 13 | May 9, 2018 | **Terrance Michael Cullins** | 50 grams or more of a mixture and substance containing a detectable quantity of methamphetamine |
| 14 | May 10, 2018 | **Rexford Chad Morris, aka "Hillbilly"** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 15 | May 21, 2018 | **Robby Dale Baker** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 16 | May 22, 2018 | **Robby Dale Baker** | Less than 50 grams of a mixture and substance containing a detectable quantity of methamphetamine |
| 17 | May 25, 2018 | **Shauna Donell Thomas** and **Stephanie Kamill Stevenson** | 50 grams or more of a mixture and substance containing a detectable quantity of methamphetamine |

In violation of 21 U.S.C. § 841(a)(1).

### Count Eighteen

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 6, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, and elsewhere defendant, **Lisa Michele Powers**, having been convicted of crimes

punishable by imprisonment for a term exceeding one year, to wit:

(1)   Possession of a Controlled Substance, a Texas State Jail Felony, convicted
      on November 5, 2015, in Cause No. 22843, 88th District Court, Hardin
      County, Texas;
(2)   Manufacture or Delivery of a Controlled Substance, a Texas 1st Degree
      Felony, convicted on July 14, 2015, in Cause No. CR14-00095, 294th
      District Court, Van Zandt County, Texas;
(3)   Manufacture or Delivery of a Controlled Substance, a Texas 1st Degree
      Felony, convicted on November 20, 2014, in Cause No. 114-1215-14,
      114th District Court, Smith County, Texas;
(4)   Burglary of a Habitation, a Texas 2nd Degree Felony, convicted on July 14,
      2015, in Cause No. CR15-00102, 294th District Court, Van Zandt County,
      Texas; and
(5)   Theft, a Texas State Jail Felony, convicted on November 17, 2017, in
      Cause No. 39797CR, 40th District Court, Smith County, Texas,

did knowingly and unlawfully possess, in and affecting commerce, a firearm, to wit:

a Diamondback Arms, Inc., DB9, 9mm pistol,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

### Count Nineteen

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 9, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, defendant, **Lisa Michele Powers**, having been convicted of crimes punishable by

imprisonment for a term exceeding one year, to wit:

Indictment - Page 5

(1)     Possession of a Controlled Substance, a Texas State Jail Felony, convicted on November 5, 2015, in Cause No. 22843, 88th District Court, Hardin County, Texas;

(2)     Manufacture or Delivery of a Controlled Substance, a Texas 1st Degree Felony, convicted on July 14, 2015, in Cause No. CR14-00095, 294th District Court, Van Zandt County, Texas;

(3)     Manufacture or Delivery of a Controlled Substance, a Texas 1st Degree Felony, convicted on November 20, 2014, in Cause No. 114-1215-14, 114th District Court, Smith County, Texas;

(4)     Burglary of a Habitation, a Texas 2nd Degree Felony, convicted on July 14, 2015, in Cause No. CR15-00102, 294th District Court, Van Zandt County, Texas; and

(5)     Theft, a Texas State Jail Felony, convicted on November 17, 2017, in Cause No. 39797CR, 40th District Court, Smith County, Texas,

did knowingly and unlawfully possess, in and affecting commerce, a firearm, to wit:

a Ruger, LCP II, .380 caliber pistol,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


**Count Twenty**

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of Ammunition)

On or about May 9, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, defendant, **Christopher Lynn Colegrove**, having been convicted of crimes

punishable by imprisonment for a term exceeding one year, to wit:

(1)     Unauthorized Use of a Motor Vehicle, a Texas State Jail Felony, convicted on October 31, 2007, in Cause No. 24073-422, 422nd District Court, Kaufman County, Texas;

(2)     Possession of a Controlled Substance, a Texas State Jail Felony, convicted on October 31, 2007, in Cause No. 23624-422, 422nd District Court, Kaufman County, Texas;

(3)     Possession of a Controlled Substance, a Texas Third Degree Felony, convicted on October 31, 2007, in Cause No. 24629-86, 422nd District Court, Kaufman County, Texas;

(4)     Possession of a Controlled Substance, to-wit, Methamphetamine (Enhanced), a Texas State Jail Felony, convicted on February 10, 2017, in Cause No. 2014-2059-C2, 54th District Court, McLennan County, Texas;

(5)     Attempted Theft, a Texas State Jail Felony, convicted on September 19, 2016, in Cause No. F49425, 413th District Court, Johnson County, Texas; and

(6)     Theft, a Texas State Jail Felony, convicted on November 16, 2015, in Cause No. 40,214CR, 443rd District Court, Ellis County, Texas,

did knowingly and unlawfully possess, in and affecting commerce, ammunition, to wit:

(1)     3 rounds of Winchester 12-gauge ammunition, and

(2)     12 rounds of Federal .40 caliber ammunition,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## Count Twenty-One

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 9, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, defendant, **Terrance Michael Cullins**, having been convicted of crimes

punishable by imprisonment for a term exceeding one year, to wit:

(1)     Possession of a Controlled Substance, a Texas State Jail Felony, convicted on October 5, 2007, in Cause No. F-2007-0882-B, 158th District Court, Denton County, Texas; and

(2)     Possession of Cocaine, a Texas Second Degree Felony, convicted on June 7, 2007, in Cause No. 1119636, 208th District Court, Harris County, Texas,

did knowingly and unlawfully possess, in and affecting commerce, firearms, to wit:

(1)     a Sun City Machinery Co., Ltd., Stevens 320, 12-gauge shotgun;

(2)     a Henry Repeating Rifle Company, H009B, 30-30 caliber rifle;

(3)     a Winchester, 190, .22 caliber rifle;
(4)     a Hipoint, 995, 9mm rifle;
(5)     a Mossberg, 500A, 12-gauge shotgun;
(6)     a FNH USA, LLC, FNP40, .40 caliber pistol;
(7)     an Iberia Firearms, JCP, .40 caliber pistol; and a
(8)     a Beretta Pietro S.P.A, PX4 Storm, 9mm pistol,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## Count Twenty-Two

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 6, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, and elsewhere, defendant, **David Eugene Walker**, having been convicted of

crimes punishable by imprisonment for a term exceeding one year, to wit:

(1)     Possession of a Controlled Substance, Methamphetamine, a Texas State Jail
        Felony, convicted on March 5, 2015, in Cause No. F-12-23596-P, 203rd
        District Court, Dallas County, Texas; and
(2)     Possession of a Controlled Substance, a Texas Second Degree Felony,
        convicted on July 16, 2015, in Cause No. CR13-00640, 294th District
        Court, Van Zandt County, Texas,

did knowingly and unlawfully possess, in and affecting commerce, a firearm, to wit:

a Smith & Wesson, SD40VE, .40 caliber pistol,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

### Count Twenty-Three

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about June 6, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, and elsewhere, defendant, **Rexford Chad Morris, aka "Hillbilly**," having been

convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

(1)  Assault Causing Bodily Injury, a Texas Third Degree Felony, convicted on
     August 23, 2004, in Cause No. F-0157578-MI, 2nd Criminal District Court,
     Dallas County, Texas;
(2)  Assault — Bodily Injury (Family Member), a Texas Third Degree Felony,
     convicted on January 14, 2004, in Cause No. 18,053-2004, 402nd District
     Court, Wood County, Texas;
(3)  Evading Arrest or Detention with Vehicle, a Texas Third Degree Felony,
     convicted on October 10, 2017, in Cause No. CR17-00300, 294th District
     Court, Van Zandt County, Texas; and
(4)  Criminal Mischief, a Texas State Jail Felony, convicted on June 24, 1998,
     in Cause No. 00-00-26329-CR, 13th District Court, Navarro County, Texas,

did knowingly and unlawfully possess, in and affecting commerce, firearms, to wit:

(1)  a Rohm, EIG, .22 caliber revolver; and
(2)  a Hipoint, 995, 9mm rifle;

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

### Count Twenty-Four

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 22, 2018, in Van Zandt County, Texas, in the Eastern District of

Texas, and elsewhere defendant, **Robby Dale Baker**, having been convicted of crimes

punishable by imprisonment for a term exceeding one year, to wit:

    (1)      Grand Larceny, a felony, convicted on March 7, 2016, in Cause No. 25,856, Circuit Court of Rankin County, Mississippi;

    (2)      Possession of Methamphetamine, a felony, convicted on March 7, 2016, in Cause No. 26,259, Circuit Court of Rankin County, Mississippi; and

    (3)      Felony DUI, convicted on March 7, 2016, in Cause No. 26,463, Circuit Court of Rankin County, Mississippi,

did knowingly and unlawfully possess, in and affecting commerce, firearms, to wit:

    (1)      a Harrington and Richardson, 622, .22 caliber revolver; and

    (2)      a Marlin Firearms Co., 75, .22 caliber rifle;

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## Count Twenty-Five

Violation: 18 U.S.C. § 922(g)(3)
(Unlawful User of Controlled Substance
in Possession of a Firearm)

On or about January 31, 2018, in Van Zandt County, Texas, in the Eastern District of Texas, and elsewhere, defendant, **Christopher Dean Herring**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly and unlawfully possess, in and affecting commerce, firearms, to wit:

    (1)      a Harrington and Richardson, 929, .22 caliber revolver; and

    (2)      an Armscorp, M30, 12 gauge pistol grip shotgun,

In violation of 18 U.S.C. § 922(g)(3) and 924(a)(2).

## Count Twenty-Six

> Violation: 18 U.S.C. § 924(c) (Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about May 9, 2018, in the Eastern District of Texas, defendant, **Lisa Michele Powers**, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute methamphetamine, as charged in Count One of this indictment, and in furtherance of said crime possessed:

a Ruger, LCP II, .380 caliber pistol,

In violation of 18 U.S.C. § 924(c).

## Count Twenty-Seven

> Violation: 18 U.S.C. § 924(c) (Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about May 9, 2018, in the Eastern District of Texas, defendant, **Terrance Michael Cullins**, did knowingly use and carry one or more firearms during and in relation to, and did knowingly possess the firearms in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute methamphetamine, as charged in Count One of this indictment, and in furtherance of said crime possessed:

Indictment - Page 11

(1)    a Sun City Machinery Co., Ltd., Stevens 320, 12-gauge shotgun;

(2)    a Henry Repeating Rifle Company, H009B, 30-30 caliber rifle;

(3)    a Winchester, 190, .22 caliber rifle;

(4)    a Hipoint, 995, 9mm rifle;

(5)    a Mossberg, 500A, 12-gauge shotgun;

(6)    a FNH USA, LLC, FNP40, .40 caliber pistol;

(7)    an Iberia Firearms, JCP, .40 caliber pistol; and

(8)    a Beretta Pietro S.P.A, PX4 Storm, 9mm pistol,

In violation of 18 U.S.C. § 924(c).


## Count Twenty-Eight

> Violation: 18 U.S.C. § 924(c) (Use,
> carrying, and possession of a firearm
> during and in furtherance of a drug
> trafficking crime)

On or about May 6, 2018, in the Eastern District of Texas, defendant, **David Eugene Walker**, did knowingly use and carry a firearm during and in relation to, and did knowingly possess the firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute methamphetamine, as charged in Count One of this indictment, and in furtherance of said crime possessed:

a Smith & Wesson, SD40VE, .40 caliber pistol,

In violation of 18 U.S.C. § 924(c).

### Count Twenty-Nine

> Violation: 18 U.S.C. § 924(c) (Use,
> carrying, and possession of a firearm
> during and in furtherance of a drug
> trafficking crime)

On or about January 31, 2018, in the Eastern District of Texas, defendant,

**Christopher Dean Herring**, did knowingly use and carry one or more firearms during

and in relation to, and did knowingly possess the firearms in furtherance of, a drug

trafficking crime for which he may be prosecuted in a court of the United States, that is,

conspiracy to distribute and possess with intent to distribute methamphetamine, as

charged in Count One of this indictment, and in furtherance of said crime possessed:

(1)     Harrington and Richardson, 929, .22 caliber revolver; and
(2)     Armscorp, M30, 12 gauge pistol grip shotgun,

In violation of 18 U.S.C. § 924(c).


### Count Thirty

> Violation: 18 U.S.C. § 924(c) (Use,
> carrying, and possession of a firearm
> during and in furtherance of a drug
> trafficking crime)

On or about May 22, 2018, in the Eastern District of Texas, defendant, **Robby**

**Dale Baker**, did knowingly use and carry one or more firearms during and in relation to,

and did knowingly possess the firearms in furtherance of, a drug trafficking crime for

which he may be prosecuted in a court of the United States, that is, conspiracy to

distribute and possess with intent to distribute methamphetamine, as charged in Count

One of this indictment, and in furtherance of said crime possessed:

      (1)     Harrington and Richardson, 622, .22 caliber revolver; and
      (2)     Marlin, Glenfield 75, .22 caliber rifle,

In violation of 18 U.S.C. § 924(c).


## Count Thirty-One

> Violation: 18 U.S.C. § 924(c) (Use,
> carrying, and possession of a firearm
> during and in furtherance of a drug
> trafficking crime)

On or about April 11, 2018, in the Eastern District of Texas, defendant, **Shauna**

**Donell Thomas**, did knowingly use and carry a firearm during and in relation to, and did

knowingly possess the firearm in furtherance of, a drug trafficking crime for which she

may be prosecuted in a court of the United States, that is, conspiracy to distribute and

possess with intent to distribute methamphetamine, as charged in Count One of this

indictment, and in furtherance of said crime possessed:

a Taurus, .380 caliber pistol,

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. §2461

As the result of committing one or more of the foregoing offenses alleged in this

indictment, the defendants herein shall forfeit to the United States, pursuant to 18 U.S.C.

§ 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations;

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

3. any and all firearms, ammunition and accessories seized from the defendants, including but not limited to the following:

**Firearms/Ammunition:**

**Seized from Lisa Michele Powers (01):**

(1) Ruger, LCP II, .38 caliber pistol, serial number 380117025
(2) Diamondback Arms Inc., DB9, 9mm pistol, serial number YB0041
(3) 5 rounds Hornady .38 caliber ammunition
(4) 195 rounds Federal 9mm ammunition
(5) 15 rounds Federal .40 caliber ammunition
(6) 7 rounds Speer 9mm ammunition

**Seized from Terrance Michael Cullins (03):**

(1) Sun City Machinery Co., Ltd., Stevens 320, 12-gauge shotgun, serial number 168817A
(2) Henry Repeating Rifle Company, H009B, 30-30 caliber rifle, serial number TTB030017
(3) Winchester, 190, .22 caliber rifle, serial number 557157
(4) Hipoint, 995, 9mm rifle, serial number B24281
(5) Mossberg, 500A, 12-gauge shotgun, serial number J685765
(6) FNH USA, LLC, FNP40, .40 caliber pistol, serial number 61CMT06566
(7) Iberia Firearms, JCP, .40 caliber pistol, serial number 7236134

    (8)    Beretta Pietro S.P.A, PX4 Storm, 9mm pistol,
serial number PX3242P
    (9)    14 rounds Federal 9mm ammunition
    (10)   42 rounds Winchester-Western 12-gauge ammunition
    (11)   16 rounds Winchester-Western .20 caliber ammunition
    (12)   28 rounds Federal .40 caliber ammunition
    (13)   16 rounds Federal 9mm ammunition

**Seized from David Eugene Walker (04):**

    (1)    Smith & Wesson, SD40VE, .40 caliber pistol,
serial number FXX4985
    (2)    18 rounds Winchester-Western .40 caliber ammunition

**Seized from Christopher Dean Herring (05):**

    (1)    H & R, 929, .22 caliber revolver, serial number AE26595
    (2)    Armscorp, M30, 12-gauge pistol grip shotgun,
serial number A495754

**Seized from Rexford Chad Morris, aka "Hillbilly" (06):**

    (1)    Rohm, EIG, .22 caliber revolver, serial number 221339
    (2)    Hipoint, 995, 9mm rifle, serial number B61317
    (3)    3 rounds assorted 9mm ammunition
    (4)    100 rounds CCI .22 caliber ammunition
    (5)    91 rounds CCI .22 caliber ammunition
    (6)    4 rounds assorted unknown caliber ammunition
    (7)    6 rounds assorted .22 caliber ammunition

**Seized from Robby Dale Baker (07):**

    (1)    Harrington and Richardson, 622, .22 caliber revolver,
serial number AC11290
    (2)    Marlin Firearms Co., 75, .22 caliber rifle, serial number 71579971
    (3)    5 rounds PMC .22 caliber ammunition
    (4)    51 rounds PMC .22 caliber ammunition
    (5)    4 rounds Winchester-Western .22 caliber ammunition
    (6)    40 rounds Tula Cartridge Works – Russia .38 caliber ammunition

**Seized from Shauna Donell Thomas (08):**

Taurus, .38 caliber pistol, serial number KS119460

## U.S. Currency:

(1)  $5,046.00 U.S. currency, seized from **Lisa Michele Powers**
(2)  $800.00 U.S. currency, seized from **Lisa Michele Powers**

## Cash Proceeds:

A sum of money equal to $25,000.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendants as a result of the offense(s) alleged in this indictment, for which the defendants are personally liable.

### Substitute Assets

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;
(b)  has been transferred or sold to, or deposited with a third person;
(c)  has been placed beyond the jurisdiction of the court;
(d)  has been substantially diminished in value; or
(e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

ALAN R. JACKSON
Assistant United States Attorney

18 Jul 2018

Date

**Indictment - Page 18**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 6:18-CR-_____ |
| | § | |
| LISA MICHELE POWERS (01) | § | **SEALED** |
| CHRISTOPHER LYNN COLEGROVE (02) | § | |
| TERRANCE MICHAEL CULLINS (03) | § | 2:18-mj-00763-NJK |
| DAVID EUGENE WALKER (04) | § | |
| CHRISTOPHER DEAN HERRING (05) | § | |
| REXFORD CHAD MORRIS, | § | |
|     aka "Hillbilly" (06), | § | |
| ROBBY DALE BAKER (07), | § | |
| SHAUNA DONELL THOMAS (08), | § | |
| KYLE DWAYNE LAZA (09), | § | |
| NASH ALLEN FULLER (10), and | § | |
| STEPHANIE KAMILL STEVENSON (11) | § | |

## NOTICE OF PENALTY

### Counts One - Seventeen

Violation:               21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1)

Penalty:               (A)   If more than 500 grams of a mixture or substance
containing a detectable amount of methamphetamine,
its salts, isomers, or salts of its isomers –

Imprisonment for a term of not less than 10 years or
more than life; a fine not to exceed $10,000,000, or
both; and a term of supervised release of at least 5
years.

If this violation was committed after a prior conviction
for a felony drug offense has become final, not less
than 20 years' nor more than life imprisonment; a fine
not to exceed $20,000,000, or both; and a term of
supervised release of at least 10 years.

If this violation was committed after two or more prior convictions for felony drug offenses have become final, a mandatory term of life imprisonment and a fine not to exceed $20,000,000.

(B)   If 50 grams or more, but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers –

Imprisonment for a term of not less than 5 years or more than 40 years; a fine not to exceed $5,000,000, or both; and a term of supervised release of at least 4 years.

If this violation was committed after a prior conviction for a felony drug offense has become final, not less than 10 years' nor more than life imprisonment; a fine not to exceed $8,000,000, or both; and a term of supervised release of at least 8 years.

(C)   If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers –

Imprisonment for a term of not more than 20 years; a fine not to exceed $1,000,000, or both; and a term of supervised release of at least 3 years.

If this violation was committed after a prior conviction for a felony drug offense has become final, not more than 30 years' imprisonment; a fine not to exceed $2,000,000, or both; and a term of supervised release of at least 6 years.

Special Assessment:          $100.00

## **Counts Eighteen – Twenty-Four**

Violation:                        18 U.S.C. § 922(g)(1)

Penalty:                          Imprisonment for a term of not more than 10 years, a
                                  fine not to exceed $250,000, or both, and supervised
                                  release of not more than 3 years.

                                  In the case of a person who violates section 922(g) and
                                  has three previous convictions for a violent felony or a
                                  serious drug offense, or both, committed on occasions
                                  different from one another, then imprisonment for not
                                  less than fifteen years nor more than life, a fine not to
                                  exceed $250,000, or both, and supervised release of
                                  not more than 5 years.

Special Assessment:               $100.00

## **Counts Twenty-Five**

Violation:                        18 U.S.C. § 922(g)(3)

Penalty:                          Imprisonment for a term of not more than 10 years, a
                                  fine not to exceed $250,000, or both, and supervised
                                  release of not more than 3 years.

                                  In the case of a person who violates section 922(g) and
                                  has three previous convictions for a violent felony or a
                                  serious drug offense, or both, committed on occasions
                                  different from one another, then imprisonment for not
                                  less than fifteen years nor more than life, a fine not to
                                  exceed $250,000, or both, and supervised release of
                                  not more than 5 years.

Special Assessment:               $100.00

## Counts Twenty-Six – Thirty-One

Violation:                 18 U.S.C. § 924(c)

Penalty:                   Imprisonment for a term of not less than 5 years or
                           more than life, which must be served consecutively to
                           any other term of imprisonment, a fine not to exceed
                           $250,000, or both, and supervised release of not more
                           than 5 years.

                           In the case of a second or subsequent conviction of this
                           offense, the term of imprisonment shall not be less
                           than 25 years; which must be served consecutively to
                           any other term of imprisonment; a term of supervised
                           release of not more than 5 years.

Special Assessment:        $100.00

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                      REMOTE CSID           DURATION    PAGES    STATUS
August 23, 2018 at 9:13:28 AM PDT  7023863032                       56       2        Received
```
Case 2:18-mj-00763-NJK   Document 1   Filed 08/23/18   Page 23 of 23

08/23/2018   09:12       7023863032              USMARSHALS                              PAGE   01/02

AO 442 (Rev. 11/11) Arrest Warrant

# SEALED      UNITED STATES DISTRICT COURT                2:18-mj-00763-NJK

for the

Eastern District of Texas

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | |
| Shauna Donell Thomas | ) | Case No.   6:18cr50-8 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Shauna Donell Thomas, 540 VZCR 1126, Fruitvale, Texas 75127
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. 846 Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
Count 7: 21 U.S.C. 841 (a)(1) Possession with Intent to distribute methamphetamine
Count 17: 21 U.S.C. 841(a)(1) Possession with intent to distribute methamphetamine
Count 31: 18 U.S.C. 924 (c) Use, carrying, and possession of a firearm during and in furtherance of drug
Trafficking crime

Date:   **7/18/18**

Issuing officer's signature

City and state:   Tyler, Texas

David A. O'Toole, Clerk
Printed name and title

| Return |
|---|
| This warrant was received on *(date)*  7-19-18  at *(city and state)*  Las Vegas, NV, and the person was arrested on *(date)*  8-23-18 |
| Date: 8-23-18 |

Josh Petree  ATF
Arresting officer's signature

SDUSM  for ATF Agent
Printed name and title